

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

**U.S. Department of Justice**

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 26, 2008

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
JUN 2 6 2008
UNITED STATES DISTRICT JUDGE

BY FAX
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **Lemrey Andrews v. United States**
      08 Civ. 3325 (NRB)
      01 Cr. 450 (NRB)

Dear Judge Buchwald:

    The Government respectfully submits this letter to request a 30-day extension of time to respond to Lemrey Andrews' motion pursuant to 28 U.S.C. § 2255. The Government's response currently is due on June 27, 2008. Despite my best efforts, I have been unable to complete the Government's respond due to the press of other business. Accordingly, I respectfully request until July 25, 2008 to respond to Andrews' pending motion and will work diligently to submit a response sooner if possible. I have spoken with Jonathan Svetkey, Esq., counsel for Andrews, and he has consented to this application.

                Respectfully submitted,

                MICHAEL J. GARCIA
                United States Attorney

        By: _____
            Elizabeth F. Maringer
            Assistant United States Attorney
            Tel: (212) 637-2402

*So Ordered. [signature] 6/26/08*

cc by fax:
    Jonathan Svetkey, Esq.
    Watters & Svetkey, LLP
    286 Madison Avenue, Suite 1800
    New York, NY 10017